IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ENRIQUE AMEZCUA

    Defendant.

CR NO: 2:12-CR-00424

**FILED**
OCT 2 9 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: ENRIQUE AMEZCUA
Detained at: SAN JOAQUIN COUNTY JAIL
Detainee is:
  a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
       charging detainee with: 21 U.S.C. §§ 846 and 841(a)(1)
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
  a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary [**FORTHWITH**] or [on **DATE AND TIME**] in the Eastern District of California.*

Signature: _____
Printed Name & Phone No: Justin L. Lee
Attorney of Record for: United States of America

**WRIT OF HABEAS CORPUS**
    ☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, [**FORTHWITH**] or [on **DATE AND TIME**], and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 10/24/13

_____
Honorable Dale A. Drozd
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | |
|---|---|
| AKA(s) (if | |
| Booking or CDC #: | 12-21482 |
| Facility Address: | 7000 Michael Canlis Blvd, French Camp |
| Facility Phone: | (209) 468-4310 |
| Currently | In custody |

☒ Male ☐ Female
DOB: 04/20/1987
Race: Hispanic
FBI#:

**RETURN OF SERVICE**

Executed on: _____
    (signature)